UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE M. GENDRON,

    Plaintiff,

v.                                          CASE NO.: 8:11-cv-701-T-23MAP

MICHAEL J. ASTRUE, Commissioner
of the United States Social Security
Administration,

    Defendant.
_____/

## ORDER

On June 13, 2012, Magistrate Judge Mark A. Pizzo issued a report (Doc. 19) (1) finding that the Commissioner failed to give appropriate weight to the testimony of treating physicians and (2) recommending reversal of the Commissioner's decision and remand of this action for further proceedings. No party objects.

The report and recommendation (Doc. 19) is **ADOPTED**. Under 42 U.S.C. § 405(g), this action is **REVERSED** and **REMANDED** for further proceedings consistent with the report and recommendation. The Clerk is directed to (1) enter judgment in favor of the plaintiff and against the defendant, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on July 12, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE