UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE M. GENDRON,

    Plaintiff,

v.                                                      CASE NO.: 8:11-cv-701-T-23MAP

MICHAEL J. ASTRUE, Commissioner
of the United States Social Security
Administration,

    Defendant.
_____/

**ORDER**

    A July 12, 2012, order (Doc. 20) adopts the report and recommendation of Magistrate Judge Mark A. Pizzo and remands this social security action for further proceedings. The plaintiff moves (1) for leave "to file out of time . . . motion for extension of time" to move for attorneys' fees (Doc. 22) and (2) for an extension of time to move for attorneys' fees (Doc. 23). Because the denial of either motion results in the denial of attorneys' fees, Magistrate Judge Pizzo issued a report and recommendation (Doc. 26) and grants each motion. No party objects.

    For the reasons stated in the report and recommendation, each motion (Docs. 22, 23) is **GRANTED**. The report and recommendation (Doc. 26) is

**ADOPTED**.  The plaintiff shall move for attorneys' fees on or before fourteen days after "any notice issued by the Commissioner awarding [] benefits."

ORDERED in Tampa, Florida, on September 7, 2012.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE